AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH PA,

        Plaintiff,

        v.

MICHAEL A. DAVIS, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-443-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant Tidyman's Management Services, Inc.'s Motion for Abstention and Dismissal, Ct. Rec. 3, is GRANTED. The Court declines to exercise jurisdiction under 28 U.S.C. 2201. The complaint is DISMISSED WITHOUT PREJUDICE as to all parties. Judgment is entered for the Defendants. Case closed.

June 1, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer